

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE: COPART, INC., COPART OF HOUSTON, INC., AND HOUSTON COPART SALVAGE AUTO AUCTIONS, LP. | § | No. 08-18-00034-CV |
| | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| Relators. | § | |
| | § | |
| | § | |

# **O R D E R**

The Court set the above-entitled and numbered cause for submission on October 18, 2018 with oral argument. After reviewing the briefs and the record in the above-entitled and numbered cause, the Court has determined that oral argument is unnecessary. *See* TEX.R.APP.P. 39.1(d). The case will be submitted to the Court on October 18, 2018 without oral argument.

IT IS SO ORDERED this 8th day of October, 2018.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.